United States District Court
Southern District of Texas
**ENTERED**
August 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRODERICK RENALOA FRENCH, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-1824 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is DISMISSED with prejudice. No certificate of appealability is issued.

This is a FINAL JUDGMENT.

SIGNED on this 12th day of August, 2020.

_____
Kenneth M. Hoyt
United States District Judge